**Order entered July 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-01613-CV

## IN THE INTEREST OF D.T.K., A MINOR CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-12791**

## ORDER
Before Chief Justice Wright and Justices Francis and Lang-Miers

We **GRANT** appellee's June 20, 2013 motion and **SEVER** her cross-appeal so as to make our March 26, 2012 memorandum opinion on rehearing final. Appellee's cross-appeal is docketed as appellate cause number 05-13-00952-CV and is styled *In the Interest of D.T.K., A Minor Child*. The record filed in cause number 05-10-01613-CV is considered also filed in cause number 05-13-00952-CV.

We **DIRECT** the Clerk of the Court to transfer the following documents from cause number 05-10-01613-CV into cause number 05-13-00952-CV:

(1) the Court's May 8, 2012 order denying appellee's motion for rehearing;
(2) appellee's April 3, 2012 motion for rehearing;
(3) the Court's March 26, 2012 opinion;
(4) the Court's March 26, 2012 order;
(5) the Court's January 5, 2012 order;
(6) appellee's January 3, 2012 motion for extension of time to file motion for en banc reconsideration;
(7) appellee's December 21, 2011 motion for en banc reconsideration;

(8)  the Court's December 5, 2011 order;

(9)  the Court's December 5, 2011 memorandum opinion;

(10) appellant's October 31, 2011 response to brief in support of affidavit of indigency;

(11) appellee's October 24, 2011 brief in support of motion to review trial court's order sustaining objection to affidavit of indigence;

(12) the Court's October 12, 2011 order;

(13) the Court's July 20, 2011order;

(14) appellant's May 31, 2011 notice of filing;

(15) appellee's May 9, 2011 docketing statement;

(16) the court reporter's May 6, 2011 first amended contest of affidavit of inability to pay costs;

(17) appellee's April 27, 2011 notice of cross-appeal;

(18) appellee's April 27, 2011 affidavit of inability to pay costs; and

(19) a copy of this order.

In the interest of justice, we **ABATE** the appeal in cause number 05-10-01613-CV.  That appeal shall be reinstated upon final disposition of appellee's petition for review currently pending under cause number 12-0501 in the Texas Supreme Court.


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE